UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHIRO LITTLE,

      **Plaintiff,**

  v.                                   Civil Action 2:25-cv-44
                                        Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Chelsey M. Vascura

SERVICE CONVENIENCE, INC., *et al.*,

      **Defendants.**

## ORDER

On May 5, 2025, the undersigned issued an Order to Show Cause as to why Plaintiff's claims against Synergistic International, LLC should not be dismissed for failure to effect service. (ECF No. 7.) On May 12, Plaintiff filed an Affidavit of Service, stating that Synergistic International, LLC was served on May 6, 2025 through commercial carrier. (ECF No. 8.) Plaintiff then filed a Response to Order to Show Cause, affirming the same. (ECF No. 9.)

Plaintiff has not properly effected service of process over Synergistic International, LLC. Federal Rule of Civil Procedure 4(e)(1) allows for service via any method permitted by the law of the state in which the district court sits. Ohio allows for service to be made via commercial carrier; however, commercial carrier service must be completed by the Clerk of Court, not Plaintiff's counsel. *See* Ohio Rule of Civil Procedure 4.1.(a)(1)(B). Plaintiff's attempt to serve Synergistic International, LLC was therefore deficient. However, the Court construes Plaintiff's Response to Order to Show Cause as a motion for extension of time to effect service. Plaintiff's

Motion (ECF No. 9) is **GRANTED.** Plaintiff must effect service of process over Defendant Synergistic International, LLC **WITHIN SIXTY DAYS** of the date of this Order.

    **IT IS SO ORDERED.**

<u>/s/ *Chelsey M. Vascura*</u>
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE
