# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SHIRO LITTLE,**

        **Plaintiff,**

   **v.**                            **Civil Action 2:25-cv-44**
                                       **Judge Edmund A. Sargus, Jr.**
                                       **Magistrate Judge Chelsey M. Vascura**

**SERVICE CONVENIENCE, INC.,** *et al.*,

        **Defendants.**

## <u>ORDER</u>

Plaintiff Shiro Little has filed a Notice of Service of her First Request for Production of Documents (ECF No. 11) and a Notice of Service of her Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1)(A) (ECF No. 12). The Court has not ordered Plaintiff to file these documents. Moreover, the parties have not utilized their initial disclosures or requests for production of documents in a court proceeding. The Court therefore **STRIKES** Plaintiff's filings and **ORDERS** her to cease filing discovery documents, or notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

      **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE